UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES WARREN, JR.,<br>LOREN LEWIS,<br>JEFFREY SARVER,<br>JAIME TRAVIS,<br><br>           Plaintiffs,<br><br>      v.<br><br>HOWARD COUNTY SHERIFF,<br>HOWARD COUNTY, INDIANA,<br><br>           Defendants. | No. 1:24-cv-00126-TWP-MJD |

**Order Certifying Class and Lifting Stay**

This matter is before the Court on Plaintiffs James Warren Jr., Loren Lewis, Jeffrey Sarver, and Jamie Travis (collectively "Plaintiffs") Motion to Certify Case as a Class Action pursuant to Federal Rule of Civil Procedure 23(b)(2) and appoint their counsel as counsel for the class pursuant to Rule 23(g). (Filing No. 4). The Defendants Howard County Sheriff and Howard County Indiana (collectively "Defendants"), filed a notice of stipulation to class certification, stating that all parties stipulate to certification of the class, to be defined as "all persons currently confined, or who will in the future be confined, in the Howard County Jail," and the appointment of attorneys Kenneth J. Falk and Stevie J. Pactor as class counsel. (Filing No. 27). Defendants also filed a notice to withdraw their exhaustion defense. (Filing No. 26).

Accordingly, Plaintiff's motion to certify class and appoint class counsel, (Filing No. 4,) is **GRANTED**.

It is therefore **ORDERED** that this case is certified as a class action pursuant to Federal Rule of Civil Procedure 23(b)(2), with the plaintiffs as class representatives of the class defined as:

> **all persons currently confined, or who will in the future be confined, in the Howard County Jail.**

IT IS FURTHER ORDERED that pursuant to Federal Rule of Civil Procedure 23(g), **Kenneth J. Falk, and Stevie J. Pactor** are appointed as counsel for the class.

The partial discovery stay (Filing No. 20), is **lifted**. Parties shall continue this matter in compliance with the approved Case Management Plan. Dkt. 23.

**IT IS SO ORDERED.**

Date: 4/29/2024

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.