UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES WARREN, JR., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-00126-TWP-MJD |
| | ) | |
| HOWARD COUNTY SHERIFF, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Stipulation of Referral to the Magistrate Judge**

The parties, by counsel, stipulate to referral of this matter to the magistrate judge for purposes of conducting the fairness hearing required by Federal Rule of Civil Procedure 23, and for all other proceedings, motions, and requirements concerning and enumerated in the "Stipulation of Parties to Enter into Private Settlement Agreement after Plaintiff's Counsel Gives Notice to the Class" filed on this day.

WHEREFORE, the parties request that this matter be referred to the magistrate judge for the purposes referenced herein.

Kenneth J. Falk
Stevie J. Pactor
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059

*/s/ Pamela G. Schneeman* (w/permission)
Pamela G. Schneeman
CLARK JOHNSON & KNIGHT, LTD.
11590 N. Meridian St., Suite 650
Carmel, IN 46032
317/844-3830

[1]

fax: 317/635-4105
kfalk@aclu-in.org
spactor@aclu-in.org

Attorneys for Plaintiffs

fax: 317/573-4194
pschneeman@cjklaw.com

Attorneys for Defendants