UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES WARREN, JR., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:24-cv-00126-TWP-MJD |
| ) | |
| HOWARD COUNTY SHERIFF, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**Plaintiffs' Motion for Attorneys' Fees**

Plaintiffs, by counsel, say that:

1. On this date the parties have filed their Stipulation to Enter into Private Settlement Agreement Following Notice to the Class and Fairness Hearing.

2. The Stipulation cannot be approved until notice is given to the class and this Court finds that the parties' proposed private settlement agreement is fair, reasonable, and adequate.

2. In the Stipulation, at paragraph 36, the parties agree that, subject to the notice and approval noted above, plaintiffs will be paid $15,000 in full satisfaction of any claim for attorneys' fees and costs.

3. Plaintiffs now move this Court to be awarded that amount.

[1]

4.     As is shown by the attached declaration and billing and cost records of class counsel, as of December 15, 2024, class counsel had expended more than 79 hours on the case and the ACLU of Indiana had incurred total costs of $605.42.

5.     Counsel will incur additional hours in this case as they have not yet reviewed any comments by class members, submitted their report of class counsel, or attended any fairness hearing that might be set by the Court. Plaintiffs are not seeking compensation for these additional hours.

6.     The maximum hourly rate under the Prison Litigation Reform Act is 150% of the hourly rate established under the Criminal Justice Act, Section 3006A of Title 18, for payment of counsel who are court-appointed. 42 U.S.C. § 1997c(d)(3).

7.     As of January 1, 2024, the rate under the Criminal Justice Act is $175. *See* https://www.insd.uscourts.gov/sites/insd/files/CJA%20Rate%20Chart.pdf (last visited January 3, 2025).

8.     The maximum hourly attorney fee rate under the Prison Litigation Reform Act is therefore $262.50 ($175 x 150%).

9.     As is demonstrated by the declarations of Kenneth Falk, the normal hourly rates for both Kenneth Falk and Stevie Pactor exceed $262.50

10.    It is therefore reasonable for class counsel to be awarded fees in this case at the rate of $262.50 an hour and the $15,000 amount is reasonable given that plaintiffs' counsel have expended at least 79 hours on this case at this point and that would allow for

$20,737.50 in attorneys' fees (79 x $262.50) under the Prison Litigation Reform Act, not including costs.

11.     In further support of this motion, Kenneth Falk attaches his declaration, which is hereby incorporated by reference.

WHEREFORE, plaintiff and the class request that this Court award the sum of $15,000 for reasonable attorneys' fees and costs in this case, and for all other proper relief.

>Kenneth J. Falk
>Stevie J. Pactor
>ACLU of Indiana
>1031 E. Washington St.
>Indianapolis, IN 46202
>317/635-4059
>fax: 317/635-4105
>kfalk@aclu-in.org
>spactor@aclu-in.org
>
>Attorneys for Plaintiffs