UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES WARREN, JR., <br> LOREN LEWIS, <br> JEFFREY SARVER, <br> JAIME TRAVIS, <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD COUNTY SHERIFF, <br> HOWARD COUNTY, INDIANA, <br><br> Defendants. | No. 1:24-cv-00126-TWP-MJD |

## ORDER REFERRING MOTION

The parties Stipulation of Referral to the Magistrate Judge (Filing No. 52) is **GRANTED** so far as the United States Magistrate Mark J. Dinsmore is hereby designated pursuant to 28 U.S.C. § 636(b)(1)(B) to issue a report and recommendation on the Motion to Approve Class Notice and Manner of Notice to the Class and to Set Case for Fairness Hearing (Filing No. 53) and the Plaintiffs' Motion for Attorneys' Fees (Filing No. 54), and all other dispositive motions.

**IT IS SO ORDERED.**

Date: 1/15/2025

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Rosemary L. Borek
Clark Johnson & Knight, Ltd.
rborek@cjklaw.com

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Stevie J. Pactor
ACLU OF INDIANA
spactor@aclu-in.org

Pamela G. Schneeman
Clark Johnson & Knight, Ltd.
pschneeman@cjklaw.com