UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JAMES WARREN, JR., et al.,                )
                                          )
                 Plaintiffs,              )
                                          )
        v.                                )        No. 1:24-cv-00126-MJD-TWP
                                          )
HOWARD COUNTY SHERIFF, et al.,            )
                                          )
                 Defendants.              )

**PRELIMINARY INJUNCTION**

The parties having filed their Agreed Motion to Enter a Preliminary Injunction and the

Court having issued its Order granting the same, and the Court having found that all

requirements for the issuance of a preliminary injunction are met and that one should

immediately be entered to safeguard the constitutional rights of the plaintiff class in this case,

        **IT IS ORDERED** that:

        The Defendants are **PRELIMINARILY ENJOINED** to comply forthwith with all

requirements imposed by the Private Settlement Agreement previously entered by the parties.

[Dkt. 51.]

        This preliminary injunction is issued without bond.

        SO ORDERED.

Dated:  5 FEB 2026        _____

                          Mark J. Dinsmore
                          United States Magistrate Judge
                          Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.